UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METRO SUN CONSULTANT
CORP. et al.,

        Plaintiffs,

vs.

Case No. 18-13054
HON. GEORGE CARAM STEEH

BAYVIEW TITLE AGENCY, LLC,
et al.,

        Defendants.
_____/

**ORDER DENYING PLAINTIFFS' REQUEST TO EXTEND
DEADLINE TO OBTAIN COUNSEL [ECF No. 33]
AND DISMISSING CASE WITHOUT PREJUDICE**

On June 25, 2019 the court granted plaintiffs' counsel's motion to withdraw. ECF No. 31. Plaintiffs' attorney informed the court that there was a breakdown in his relationship with his clients due in large part to a difficulty in communicating with them. In the order, the court gave plaintiffs 40 days to obtain new counsel. The court indicated that if the individual plaintiffs failed to obtain counsel their case would be dismissed for lack of progress. If the corporation failed to obtain counsel its case would be dismissed because a corporation must be represented in court by an

- 1 -

attorney. See *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir.1984); *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir.1970).

At plaintiffs' request, which was improperly e-mailed to the court one day after the 40-day deadline expired, the court granted plaintiffs an extension to obtain counsel by August 20, 2019. Unsurprisingly, on August 20, 2019, plaintiffs filed yet another request to extend the deadline to obtain counsel until September 20, 2019. The reason given for seeking more time is that Mr. Taylor spends 90% of his time in Asia and Europe and Mr. Deane lives in the United Kingdom. Plaintiffs have not indicated what actions they have undertaken to obtain new counsel in the eight weeks since their previous counsel was permitted to withdraw. Given the business sophistication of the plaintiffs and the fact that the subject matter of their lawsuit involves a transaction that took place entirely in the United States, the court views plaintiffs' newest request as a delay tactic. As such, plaintiffs' request for more time to obtain counsel is DENIED. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE for lack of progress. In the event plaintiffs obtain counsel in the future they may move to reopen the case. Now, therefore,

IT IS HEREBY ORDERED that plaintiffs' request to extend the deadline to obtain counsel is DENIED.

IT IS HEREBY FURTHER ORDERED that plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

So ordered.

Dated: August 22, 2019

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 22, 2019, by electronic and/or ordinary mail and also on Antoine C. Taylor, 23690 Sargent Avenue, Southfield, MI 48033.

s/Marcia Beauchemin
Deputy Clerk

---